IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARNOLD GARCIA JARMILLO,**<br><br>                                        Petitioner,<br><br>v.<br><br>**A.K. SCRIBNER, et al.,**<br><br>                                        Respondents. | 1:07-cv-00935 LJO-TAG HC<br><br>**ORDER GRANTING RESPONDENT'S MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE (Doc. 13)** |

     Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 7, 2008, Respondent filed the instant motion requesting an enlargement of time within which to file a response to the petition. (Doc. 13). As grounds therefore, Respondent's counsel contends that the records of the state proceedings in this case are in the process of being collected, and requests an extension of time to complete that process and to file a reponse to the petition.

     Good cause appearing therefor, IT IS HEREBY ORDERED that Respondent's motion for enlargement of time (Doc. 13), is GRANTED, for a period of 45 days from the date of this order. The time for filing Respondent's response to the petition for writ of habeas corpus is extended through and including May 27, 2008.

IT IS SO ORDERED.

Dated:   **April 9, 2008**                                                         **/s/ Theresa A. Goldner**
                                                                                                    UNITED STATES MAGISTRATE JUDGE