IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD GARCIA JARAMILLO, | 1:07-cv-00935-LJO-TAG (HC) |
| Petitioner, | ORDER GRANTING RESPONDENTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE |
| vs. | |
| A.K. SCRIBNER, et al, | (DOCUMENT #15) |
| Respondents. | THIRTY DAY DEADLINE |
| _____/ | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's petition for writ of habeas corpus be filed thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **May 22, 2008**                                         **/s/ Theresa A. Goldner**
                                                                              UNITED STATES MAGISTRATE JUDGE