1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT FOR THE
7                         EASTERN DISTRICT OF CALIFORNIA
8
9    ARNOLD GARCIA JARAMILLO,              1:07-cv-00935-LJO-TAG (HC)
10               Petitioner,               ORDER GRANTING PETITIONER'S
                                           MOTION FOR EXTENSION OF TIME TO
11         vs.                             FILE TRAVERSE
12   A.K. SCRIBNER,                        (Doc. 20
13               Respondent.
14   _____/           HIRTY DAY DEADLINE
15         Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to
16   28 U.S.C. § 2254.  On July 24, 2008, petitioner filed a motion to extend the time to file his
17   traverse.  Good cause having been presented to the court and GOOD CAUSE APPEARING
18   THEREFOR, IT IS HEREBY ORDERED that:
19         Petitioner is granted thirty days from the date of service of this order in which to file
20   traverse.
21
22
23   IT IS SO ORDERED.
24   Dated:  **July 25, 2008**                    **/s/ Theresa A. Goldner**
                                           UNITED STATES MAGISTRATE JUDGE
25
26
27
28