**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ARNOLD GARCIA JARAMILLO,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>A.K. SCRIBNER, et al.,<br><br>　　　　　　　　　　Respondents. | Civil No.　　　1:07-0935 JTM (RBB)<br><br>**ORDER DENYING APPLICATION FOR CERTIFICATE OF APPEALABILITY AND MOTION TO PROCEED *IN FORMA PAUPERIS***<br><br>**Doc. Nos. 31 and 33** |

Petitioner appeals this court's order denying his petition for habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. No. 31.) For the reasons set forth in the order, Petitioner fails to make a substantial showing of the denial of a constitutional right. Accordingly, Petitioner's request for a certificate of appealability is **DENIED**. See 28 U.S.C. § 2253(c)(2).

Petitioner also moves for leave to proceed *in forma pauperis*. (Doc. No. 33.) This motion was filed after the Notice of Appeal and appears to relate to the appeal. Because such a motion should be raised before the appellate court rather than this one, the court **DENIES** the motion without prejudice.

**IT IS SO ORDERED.**

DATED: June 26, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge